IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ALLEN EBERT : | |
|     Plaintiff, | |
| v. : | |
| | CIVIL ACTION |
| PRIME CARE MEDICAL INC.; | NO. 13-0212 |
| NATHAN KALTESKI (DENTIST); : | |
| NICOLE HEFFNER; DALE MEISEL | |
| (WARDEN), *individually and in their* | |
| *official capacities* : | |
|     Defendants. | |

**ORDER**

AND NOW, this 27th day of March, 2014, upon consideration of: Defendants Nicole Heffner, Nathan Kalteski and PrimeCare Medical Inc.'s Motion to Dismiss for Failure to State a Claim (Doc. No. 13); Defendant Dale Meisel's Motion to Dismiss for Failure to State a Claim (Doc. No. 16); and Plaintiff's Responses thereto (Doc. Nos. 18, 19, 20, 23 & 24), it is hereby ORDERED that said Motions are GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

                                                    BY THE COURT:

                                                    /s/ C. Darnell Jones, II

                                                    _____

                                                    C. Darnell Jones, II    J.